UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN LaPINE,

     Petitioner,                         Case No. 20-cv-11809
                                            Hon. Matthew F. Leitman

v.

WILLIS CHAPMAN, et al.,

     Respondents.

_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this date:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED.**

                                     KINIKIA ESSIX
                                     CLERK OF COURT

                       By:     s/Holly A. Monda_____
                                 Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN             Flint, Michigan
United States District Judge      May 6, 2021